**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| J. K. J., individually, and successor in interest to the Deceased Aleah Jenkins, by and through his guardian-ad-litem Jeremy Hillyer, | No. 20-55622 |
| | D.C. No. 3:19-cv-02123-CAB-RBB |
| *Plaintiff-Appellant*, | |
| v. | ORDER |
| CITY OF SAN DIEGO, a public entity; DAVID NISLET, in his individual capacity and official capacity as Police Chief of the San Diego Police Department; LAWRENCE DURBIN, an individual; JASON TAUB, an individual; DOES, 1-10, Inclusive, | |
| *Defendants-Appellees*, | |
| and | |
| NICHOLAS CASICOLA, | |
| *Defendant*. | |

Appeal from the United States District Court
for the Southern District of California
Cathy Ann Bencivengo, District Judge, Presiding

Argued and Submitted En Banc June 21, 2023
Submission Vacated February 1, 2024
Resubmitted November 21, 2024
Seattle, Washington

Filed November 27, 2024

Before: Mary H. Murguia, Chief Judge, and Morgan
Christen, Michelle T. Friedland, Mark J. Bennett, Eric D.
Miller, Bridget S. Bade, Kenneth K. Lee, Patrick J.
Bumatay, Lawrence VanDyke, Jennifer Sung and Roopali
H. Desai, Circuit Judges.

**COUNSEL**

Megha Ram (argued) and Devi Rao, Roderick & Solange
MacArthur Justice Center, Washington, D.C.; Kaveh Navab
I, Navab Law APC, Marina Del Rey, California; H. Dean
Aynechi and Neama Rahmani, West Coast Trial Lawyers,
Los Angeles, California; for Plaintiff-Appellant.

James C. Jardin (argued), Collins and Collins LLP, Orange,
California; Christie B. Swiss, Collins and Collins LLP,
Carlsbad, California; Seetal Tejura, Chief Deputy City
Attorney; George F. Schaefer, Assistant City Attorney; Mara
W. Elliot, City Attorney; Office of the City Attorney, San
Diego, California; for Defendants-Appellees.

Jay R. Schweikert and Clark M. Neily III, Cato Institute, Washington D.C., for Amicus Curiae Cato Institute.

## ORDER

The parties' joint motion to dismiss the appeal is **GRANTED**. Fed. R. App. P. 42(b). The parties shall bear their own costs on appeal. This order constitutes the mandate of this court.